KELLY ARMSTRONG (SBN 213036)
JACQUELINE RAVENSCROFT (SBN 279512)
THE ARMSTRONG LAW FIRM
A Professional Corporation
807 Montgomery St.
San Francisco, California 94133
Telephone: (415) 928-1293
Facsimile:  (415) 928-1294
kelly@thearmstronglawfirm.com
jackie@thearmstronglawfirm.com

LAWRENCE A. ORGAN (175503)
LAW OFFICES OF LAWRENCE A. ORGAN
407 San Anselmo Ave., Suite 201
San Anselmo, California  94960
Telephone: (415) 453-4740
Facsimile: (415) 785-7352
larryaorgan@gmail.com

Attorneys for Plaintiff
TYLER ELSA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYLER ELSA, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>K MART CORPORATION, *et al.*,<br><br>　　　　　Defendants.<br>_____ | Case No.  3:13-CV-01193 JST<br><br>**[PROPOSED]** ORDER CONTINUING **CASE MANAGEMENT CONFERENCE** |

1  GOOD CAUSE APPEARING THEREFOR,

2  IT IS ORDERED that the Case Management Conference, currently set for July 10, 2013 at
3  2:00 p.m., is continued to August 21, 2013 at 2:00 p.m.

5  Dated: June 26, 2013

7  By: _____
8  DISTRICT JUDGE JON S. TIGAR